IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-00811-WDM-MEH

BELINDA KLEIN,

    Plaintiff,

v.

LAW PRODUCTS MANAGEMENT GROUP, LLC and
HOLIDAY CREATIONS,

    Defendants.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiff's response (doc. No. 35) does not comply with Judge Miller's Trial Procedures and is stricken. The motion to refile brief (doc. No. 52) is granted. The motion to file exhibits separate from response is denied.

Dated: August 18, 2006

                                    s/ Jane Trexler, Judicial Assistant