IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-00811-WDM-MEH

BELINDA KLEIN,

    Plaintiff,

v.

LAW PRODUCTS MANAGEMENT GROUP, LLC and
HOLIDAY CREATIONS,

    Defendants.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiff's motion to file excess pages is granted in part; plaintiff may file a brief limited to 35 pages on or before September 5, 2006. The motion to substitute is denied (doc. No. 54).

Dated: August 28, 2006

                                        s/ Jane Trexler, Judicial Assistant