IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-00811-WDM-MEH

BELINDA KLEIN,

    Plaintiff,

v.

LAW PRODUCTS MANAGEMENT GROUP, LLC and
HOLIDAY CREATIONS,

    Defendants.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    The motion for extension of time (Docket No. 61) and motion for leave (Docket No. 64) are granted; the motion to clarify orders (Docket No. 59) is moot.

Dated:  September 27, 2006

                                        s/ Jane Trexler, Judicial Assistant