IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00811-WDM-MEH

BELINDA KLEIN,

    Plaintiff,

v.

LAW PRODUCTS MANAGEMENT GROUP, LLC, and
HOLIDAY CREATIONS,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, October 11, 2006.**

Pursuant to the settlement reached in this case, Plaintiff's Motion to Compel Response to Discovery [Filed October 6, 2006; Docket #73] is **denied** as moot.